IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT V. ANDERSON and TRUDY M. ANDERSON,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRANSMISSION AGENCY OF NORTHERN CALIFORNIA and DOES 1-25, inclusive,<br><br>        Defendants. | 2:06-cv-2179-GEB-KJM<br><br>ORDER[*] |

Plaintiffs move to remand this action to the state court from which it was removed. Defendant failed to respond to this motion. The United States of America removed this action under 28 U.S.C. § 1442(a)(1) on behalf of then named defendant Western Area Power Administration ("WAPA"), an agency of the United States Department of Energy. (Not. of Removal at 1.) Subsequently, Plaintiffs dismissed WAPA as a defendant. (Schulz Decl. ¶ 7.)

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

Plaintiffs argue this dismissal removed the basis for federal jurisdiction and therefore, this action should be remanded to state court, citing <u>Washington Petroleum & Supply Co. v. Girard Bank</u>, 629 F. Supp. 1224, 1231 (M.D. Pa. 1983) (stating that when a federal basis of subject matter jurisdiction ceases to exist "the appropriate course of action to take is to remand [the] case to the [state court]"). This action is remanded to the Superior Court of the State of California in the County of Shasta because of lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated:   December 1, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge